No. 98–1889. BROOKS *v.* THE GAS CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–1890. PACE ET AL. *v.* MORTGAGE INVESTORS, INC. C. A. 11th Cir. Certiorari denied.

No. 98–1891. WAITE *v.* EMPSON ET AL. Ct. App. Neb. Certiorari denied.

No. 98–1892. FRANKLIN *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 98–1894. BUCKLEY *v.* CALIFORNIA COASTAL COMMISSION. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–1895. SANK *v.* BERGEN COUNTY SUPERINTENDENT OF ELECTIONS ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 98–1896. JACKSON *v.* HOUSTON COUNTY BOARD OF EDUCATION. C. A. 11th Cir. Certiorari denied.

No. 98–1897. FISHER ET UX. *v.* AETNA LIFE INSURANCE & ANNUITY CO. C. A. 3d Cir. Certiorari denied.

No. 98–1898. JOHNSON *v.* SUMMERS, SECRETARY OF THE TREASURY, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–1899. CONK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–1902. ADCOCK *v.* CHRYSLER CORP. C. A. 9th Cir. Certiorari denied.

No. 98–1903. BENSON *v.* BENSON. Ct. Civ. App. Ala. Certiorari denied.

No. 98–1905. TOMPKINS ET AL. *v.* ALABAMA STATE UNIVERSITY ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–1906. ROMANO ET UX. *v.* BIBLE ET AL. C. A. 9th Cir. Certiorari denied.